MICHAEL J. STORTZ (State Bar No. 139386)
BETH O. ARNESE (State Bar No. 241186)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
CINGULAR WIRELESS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN PATON and JAMIELYNN STORIE, individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CINGULAR WIRELESS and DOES 1-10,<br><br>Defendants. | Case No. C 06-06354 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The hearing on Plaintiffs' motion to remand shall be set for January 17, 2007 at 9:00 a.m., or as soon thereafter as the matter may be heard.

2. Plaintiffs shall file and serve their papers in support of the motion to remand on or before November 28, 2006.

3. Defendant shall file and serve its papers in opposition to the motion to remand on or before December 15, 2006.

4. Plaintiffs shall file and serve their reply papers in support of the motion to remand on or before December 22, 2006.

6. The deadline for defendant to file a responsive pleading shall be continued to ten (10) court days after entry of an order denying plaintiffs' motion to remand in full

1  or in part.

2        7.    All deadlines under the existing case management order, including but not limited to the Case Management Conference scheduled for January 18, 2007, shall be continued until after decision on the motion to remand. In the event that the motion to remand is denied in full or in part, the parties shall meet and confer regarding a proposed case management schedule and date for the initial Case Management Conference, and shall submit a joint proposal within ten (10) court days after entry of the order denying the motion to remand in full or in part.

      IT IS SO STIPULATED.

Dated: November 29, 2006

SCOTT + SCOTT LLC
ARTHUR L. SHINGLER III

/S/
_____
ARTHUR L. SHINGLER III
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565

-and-

DAVID R. SCOTT
DENISE V. ZAMORE
108 Norwich Avenue
Colchester, CT 06415
Telephone: 860/537-3818

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JACQUELINE E. MOTTEK
SHANA E. SCARLETT
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
ALLAN STEYER
JAYNE A. PEETERS
One California Street, Third Floor
San Francisco, CA 94111
Telephone: 415/421-3400

*Attorneys for Plaintiff*

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\377107\1

STIPULATION AND [PROPOSED] ORDER

2

CASE NO. C 06-06354 PJH

| | | |
|---|---|---|
| 1 | Dated: November 29, 2006 | DRINKER BIDDLE & REATH LLP |
| 2 | | |
| 3 | | /S/ |
| 4 | | MICHAEL J. STORTZ<br>50 Fremont Street, 20th Floor |
| 5 | | San Francisco, CA 94105-2235<br>Telephone: 415/591-7500 |
| 6 | | Facsimile: 415/591-7510 |
| 7 | | Attorneys for Defendant<br>CINGULAR WIRELESS LLC |

Based on the stipulation of the parties, and for good cause shown, IT IS SO ORDERED.

Dated: ~~November~~ December 1 __, 2006

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton