| | |
|---|---|
| 1  LERACH COUGHLIN STOIA GELLER<br>     RUDMAN & ROBBINS LLP<br>2  PATRICK J. COUGHLIN (111070)<br>    JACQUELINE E. MOTTEK (12448)<br>3  SHANA E. SCARLETT (217895)<br>    100 Pine Street, Suite 2600<br>4  San Francisco, CA 94111<br>    Tel.: 415/288-4545<br>5  Fax: 415/288-4534<br><br>6  SCOTT + SCOTT LLC<br>    Arthur L. Shingler III (181719)<br>7  600 B Street, Suite 1500<br>    San Diego, CA  92101<br>8  Tel.: 619/233-4565<br>    Fax: 619/233-0508<br>9<br>    -and-<br>10<br>    David R. Scott<br>11  108 Norwich Avenue<br>    P.O. Box 192<br>12  Colchester, CT 06415<br>    Tel.: 860/537-5537<br>13  Fax.: 860/-537-4432 | STEYER LOWENTHAL BOODROOKAS<br>   ALVAREZ & SMITH LLP<br>ALAN STEYER (100318)<br>LISA MARIE WILLIAMS (226360)<br>One California Street, 3rd Floor<br>San Francisco, CA 94111<br>Tel.: 415/421-3400<br>Fax: 415/421-2234 |

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN PATON and JAMIELYNN STORIE, Individually and On Behalf of all Others Similarly Situated and on Behalf of the General Public,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CINGULAR WIRELESS, et al.,<br><br>                    Defendant. | Case No. 06-06354<br><br>CLASS ACTION<br><br>NOTICE OF SUBSTITUTION OF COUNSEL<br>   AND ORDER |

- 1 -

NOTICE OF SUBSTITUTION OF COUNSEL
S:\Cingular\Pleadings\Notice of Substitution of Counsel.doc

1
2  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:
3  PLEASE TAKE NOTICE THAT Lisa Marie Williams of the law firm Steyer Lowenthal
4  Boodrookas Alvarez & Smith, LLP, counsel for Plaintiffs, is hereby assuming the duties and
5  handling of this matter in place of Jayne Peeters of the same firm. Plaintiffs hereby request that the
6  Court and any party hereto revise that party's service list accordingly.
7
8  Respectfully submitted,
9  DATED: December 22, 2006       STEYER LOWANTHAL BOODROOKAS
                                    ALVAREZ & SMITH LLP
10                                  ALLAN STEYER (100318)
                                    LISA MARIE WILLIAMS (226360)
11
12
13               /s/ Lisa Marie Williams
                 LISA MARIE WILLIAMS
14
15  STEYER LOWANTHAL BOODROOKAS
    ALVAREZ & SMITH LLP
    One California Street, 3d Floor
16  San Francisco, CA 94111
    Telephone: 415/421-3400
17  415/421-2234 (fax)

18  SCOTT+SCOTT LLC
    ARTHUR L. SHINGLER III
19  600 B Street, Suite 1500
    San Diego, CA 92101
20  Telephone: 619/233-4565
    619/233-0508 (fax)
21
    -and-
22
    DAVID R. SCOTT
23  108 Norwich Avenue
    Colchester, CT 06415
24  Telephone: 860/537-3818
    860/537-4432 (fax)
25
    (list of attorneys continued on following page)
26
27
28

- 2 -

NOTICE OF SUBSTITUTION OF COUNSEL
S:\Cingular\Pleadings\Notice of Substitution of Counsel.doc

|     |     |
| --- | --- |
|     | LERACH COUGHLIN<br>  & ROBBINS LLP<br>PATRICK J. COUGHLIN (111070)<br>JACQUELINE E. MOTTEK (12448)<br>SHANA E. SCARLETT (217895)<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Tel.: 415/288-4545<br>Fax: 415/288-4534 |

Attorneys for Plaintiffs

1/3/07



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF SUBSTITUTION OF COUNSEL
S:\Cingular\Pleadings\Notice of Substitution of Counsel.doc